IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTOINE DUTRIEUILLE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 13-505 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| BUREAU OF CORRECTIONS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On May 20, 2014, the magistrate judge issued a Report (Doc. 22) recommending that Defendants' Motion to Dismiss (Doc. 20) be granted; that the claims purportedly stated against the Allegheny County Bureau of Corrections be dismissed with prejudice, and that such claims be construed as having been brought against Allegheny County itself; and that, otherwise, all of Plaintiff's claims be dismissed without prejudice to his filing an amended complaint within thirty days of the District Court's ruling. *See* Report. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

Defendants' Motion to Dismiss (**Doc. 20**) is **GRANTED**; the Allegheny County Bureau of Corrections is DISMISSED, with prejudice, from this lawsuit; and Plaintiff's remaining

claims are DISMISSED WITHOUT PREJUDICE to his filing an amended complaint, by **July 11, 2014**. Plaintiff further is advised that, should he fail to timely file an amended complaint, or to adequately address the shortcomings identified in the Magistrate Judge's Report, his case will be dismissed with prejudice.

Consistent with the foregoing, the Magistrate Judge's Report and Recommendation dated May 20, 2014 hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


June 11, 2014                                         s\Cathy Bissoon
                                                     Cathy Bissoon
                                                     United States District Judge

cc (via First-Class U.S. Mail):

Antoine Dutrieuille
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA  15219-3100


cc (via ECF email notification):

All counsel of record